249 So.2d 885

**J. C. FRANKLIN, alias**

v.

**STATE.**

**Ex parte J. C. Frankin, alias.**

**4 Div. 421.**

Supreme Court of Alabama.

June 17, 1971.

James M. Prestwood, Andalusia, for petitioner.

William J. Baxley, Atty. Gen., opposed.

BLOODWORTH, Justice.

Petition of J. C. Franklin, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Franklin, alias v. State, 47 Ala. App. 62, 249 So.2d 882.

Writ denied.

HEFLIN, C. J., and SIMPSON, COLEMAN and McCALL, JJ., concur.

255 So.2d 52

**Re John Ike GRIFFITH**

v.

**STATE of Alabama.**

**Ex parte John Ike Griffith.**

**6 Div. 926.**

Supreme Court of Alabama.

Nov. 24, 1971.

Fred Blanton, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

MERRILL, Justice.

Petition of John Ike Griffith for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Griffith v. State, 47 Ala.App. 360, 255 So.2d 48.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD, and MADDOX, JJ., concur.

249 So.2d 370

**In re Joseph Raymond HARMON**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**7 Div. 895.**

Supreme Court of Alabama.

Feb. 4, 1971.

William J. Baxley, Atty. Gen., and Joseph Victor Price, Jr., Asst. Atty. Gen., for the State.

William T. Kominos, Birmingham, for respondent.

COLEMAN, Justice.

Petition of the State, by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Harmon v. State, 249 So.2d 369.

Writ denied.

HEFLIN, C. J., and SIMPSON, BLOODWORTH and McCALL, JJ., concur.